UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL RENTFROW, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-19-3507 |
| JP MORGAN CHASE BANK, N.A., | § § § | |
| *Defendant*. | § § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") by Magistrate Judge Christina A. Bryan. Dkt. 21. The M&R recommends granting defendant JP Morgan Chase Bank, N.A.'s motion to dismiss (Dkt. 20), and dismissing plaintiff Michael Rentfrow's amended complaint (Dkt. 18) with prejudice. *Id.* at 15.

Objections to the M&R were due on April 8, 2020, but no objections have been filed to date. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Having reviewed the motion, M&R, and applicable law, the court finds no clear error. The M&R (Dkt. 21) is **ADOPTED IN FULL**, and the motion to dismiss (Dkt. 20) is **GRANTED**. The amended complaint (Dkt. 18) is **DISMISSED WITH PREJUDICE**.

Signed at Houston, Texas on April 16, 2020.

_____
Gray H. Miller
Senior United States District Judge